UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


JF FITNESS OF RICHMOND, LLC, JF        )
FITNESS OF GLENEAGLES, LLC, JF         )
FITNESS 3600, LLC, JF FITNESS OF       )
VIRGINIA, LLC, FITNESS PARTNERS        )
OF CAMERON VILLAGE, LLC, FITNESS )
PARTNERS OF BALLANTYNE, LLC and )
FITNESS PARTNERS OF                    )
CREEDMOOR, LLC                         )
                Plaintiffs,         )
                                       )
v.                                     )        **JUDGMENT**
                                       )
                                       )        No. 5:21-CV-178-FL
NOVA CASUALTY COMPANY                  )
                Defendant.          )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 18, 2022, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED, and this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on March 18, 2022, and Copies To:**
Maria G. Enriquez, Joshua M. Krasner, Margarent M. Schuchardt, William P. Barrett (via CM/ECF Notice of Electronic Filing)
James W. Bryan, Jonathan W. Massell  (via CM/ECF Notice of Electronic Filing)

March 18, 2022                          PETER A. MOORE, JR., CLERK


               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk